# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DARRYL JACKSON,           )
                          )  Case No.: 2:10-cv-00788-GMN-RJJ
        Plaintiff,    )
  vs.                     )  **ORDER**
                          )
U.S. DISTRICT COURT, NEVADA, )
                          )
        Defendant.    )
                          )

      Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Robert J. Johnston, United States Magistrate Judge, entered June 21, 2011.  No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Johnston's Recommendation should be **ACCEPTED**.

      **IT IS THEREFORE ORDERED** that the above-referenced case be **DISMISSED with prejudice**, as Plaintiff has taken no action in this case since July 7, 2010, and appears to have abandoned this litigation**.**

      DATED this 12th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge